UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. HUNT,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DEBBIE ASUNCION,<br><br>　　　　　　Respondent. | No.  2:15-cv-2636 TLN GGH P<br><br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 9, 2016, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

　　　　Petitioner has also failed to submit an in forma pauperis certification signed by an authorized officer of the prison or pay the required filing fee, as ordered by the court on January 29, 2016.  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner shall either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:  Petitioner shall show cause, within **thirty** days, why his failure to oppose respondent's August 3, 2012 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file

1

an opposition.  Petitioner shall also show cause for his failure to submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee, and he shall submit the proper documentation or fee.  Petitioner is cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

Dated:  March 9, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Hunt2636.osc